```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THERESA WAIGUCHU,

                                          Plaintiff,      1:25-cv-7443-GHW

          -against-                                    ORDER

MORGAN STANLEY & CO. LLC,

                                          Defendant.
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    Defendant's October 7, 2025 request for leave to file a motion to dismiss and motion to compel arbitration, Dkt. No. 10, is granted. The deadline for Defendant to file and serve its motion is November 7, 2025. Plaintiff's opposition is due within four weeks after service of Defendant's motion; Defendant's reply, if any, is due within two weeks after service of Plaintiff's opposition.

    SO ORDERED.

Dated: October 10, 2025
New York, New York

                                                        GREGORY H. WOODS
                                                United States District Judge