```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
THERESA WAIGUCHU,                                                  :
:
                         Plaintiff,            :   1:25-cv-7443-GHW
:
          -against-                                       :   ORDER
:
MORGAN STANLEY & CO. LLC,                                          :
:
                       Defendant.            :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      In the Court's order dated September 9, 2025, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 30, 2025.  The Court has not received the joint status letter or proposed case management plan.  The parties are directed to comply with the Court's September 9, 2025 order forthwith and in any event no later than November 4, 2025.

      SO ORDERED.

Dated:  November 2, 2025
                                                         _____
                                                           GREGORY H. WOODS
                                                      United States District Judge